## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE JAMES ORENSTEIN**       DATE : 7/3/12

DOCKET NUMBER: **12 M 628**       LOG # : 11:45 – 11:46

DEFENDANT'S NAME : **SANDY GANI**

    ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL : **MILDRED WHALEN**

    X Federal Defender    ___ CJA    ✗ Retained

*Mat Amatruda for*

A.U.S.A **KRISTIN MACE**       DEPUTY CLERK : **SM YUEN**

INTERPRETER : _____ (Language) _____

__☒__ Hearing held.    _____ Hearing adjourned to _____

____ Defendant was released on _____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.  Code Type____  Start_____  Stop_____

____ Order of Speedy Trial entered.  Code Type____  Start_____  Stop_____

____ Defendant's first appearance.  ____ Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for _____ @ _____ before Judge _____

OTHERS : _____